IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMIKO OLABINTAN,             No. C 04-02819 CRB

    Plaintiff,                   **ORDER**

    v.

SHURGARD STORAGE CENTERS,

    Defendant.
_____/

    Plaintiff filed an *ex parte* motion to stay defendant's subpoenas for document production relating to plaintiff's family physician and plaintiff's current employer on September 23, 2005.  Because defendant received notice of the motion, the Court will proceed pursuant to Local Rule 7-11.

    The subpoenas at issue are hereby STAYED until further notice from the Court. Defendant may submit a response to plaintiff's motion of five (5) pages or less no later than September 30, 2005.

    **IT IS SO ORDERED.**

Dated: September 28, 2005           /s/
                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2819\temporary stay re ex parte motion.wpd