RONALD J. SOUZA, ESQ. (SBN 62862)
LARA S. HILLEY, ESQ. (SBN 197419)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:    (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Defendant
SHURGARD STORAGE CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKO OLABINTAN,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>SHURGARD STORAGE CENTERS, INCORPORATED, AND DOES 1-50, INCLUSIVE,<br><br>  Defendant(s). | Case No.:  C 04 2819 EDL (E-File)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and through the counsel of record for plaintiff, TAMIKO OLABINTAN (hereinafter "Olabintan" or "Plaintiff") and defendant SHURGARD STORAGE CENTERS, INCORPORATED (hereinafter "Shurgard") that the current deadline for a continued mediation as ordered by this Court be extended to a date in May or June 2006 due to Plaintiff's recent hospitalization.

Good cause exists for the Court to grant the requested extension.  As explained in the attached declaration of plaintiff's treating physician, Plaintiff is currently unable to participate in a further deposition or mediation until her health concerns are resolved, which is not expected until approximately March 2006.  (Please see Exhibit A attached hereto)

This matter is currently scheduled for a further Case Management Conference on

December 9, 2005.  The parties respectfully request that the Case Management Conference correspondingly be continued to a date in 2006.

    IT IS SO STIPULATED.

DATED: September 12, 2005    LAW OFFICES OF EUGENE T. FRANKLIN

By   s/ *Barbara Green, Esq.*
      Barbara Green, Esq.
Attorneys for Tamiko Olabintan

DATED: September 12, 2005    LYNCH, GILARDI & GRUMMER

By   s/ *Ronald J. Souza, Esq.*
      Ronald J. Souza, Esq.
      Lara S. Hilley, Esq.
Attorneys for Shurgard Storage Centers, Inc.

**ORDER**

    Pursuant to stipulation, and upon having reviewed the parties' request to extend the deadline for conducting a further mediation, and finding good cause in support thereof, the Court orders that the parties have until June 1, 2006 in which to complete the further mediation, and that the Case Management Conference currently scheduled for December 9, 2005 will be continued. to June 09, 2006 at 8:30 a.m.

DATED: November 3, 2005

_____
The Honorable Charles
U.S. District Court

APPROVED
Judge Charles R. Breyer

F:\CH65\P\STIP.Cont CMC and Mediation.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937