United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKO OLABINTAN, | No. C-04-2819 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER REQUIRING JOINT LETTER RE: DISCOVERY DISPUTES** |
| SHURGARD STORAGE CENTERS, INCORPORATED, *et al.*, | **(Docket Nos. 50, 51)** |
| Defendants. | |
| _____/ | |

The parties have filed separate letter briefs raising disputes over Plaintiff's further deposition and Defendant's responses and objections to Plaintiff's discovery requests. (Docket Nos 50, 51.) The Court hereby orders that the parties shall further meet and confer and shall file, by **4 p.m., May 25, 2006**, a joint statement outlining any outstanding issues regarding discovery. For each remaining dispute, the parties should provide brief statements in support of their respective positions, including citation to any applicable legal authority. No further briefing on these disputes will be accepted.

The parties shall use the attached template for their joint letter. Plaintiff shall electronically file the joint letter, and shall fax a *courtesy copy* of the joint letter to chambers at (415) 522-4200 by

//
//
//
//

1  the specified time.  Upon submission of the joint letter, the Court will determine the necessity of
2  setting a telephonic hearing on the matter.
3
4          IT IS SO ORDERED.
5
6  Dated:  May 22, 2006
7                                                                    _____
                                                                     EDWARD M. CHEN
8                                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

[Date]

VIA [METHOD][1]

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: [Case number and case name]

Dear Judge Chen:

    The parties have met and conferred regarding several discovery disputes. The meet and confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and [Defendant's attorney], representing Defendant. The meet and confer was in person and lasted approximately [minutes or hours].

## I.    RESOLVED DISCOVERY DISPUTES

    The parties reached agreement on several discovery disputes. Those agreements are as follows:

    [Description of Agreement No. 1.]

    [Description of Agreement No. 2.]

    [Description of Agreement No. 3, etc.]

## II.    REMAINING DISCOVERY DISPUTES

    The parties were not able to reach agreement on the remaining discovery disputes. Those remaining disputes and the parties' respective positions are provided below. Copies of the relevant discovery requests and responses are attached as Exhibits [numbers].[2]

A.    [Dispute No. 1]

    1.    [Position of Party Seeking Discovery][3]

    2.    [Position of Party Opposing Discovery]

---

[1] Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to chambers. If so, counsel should still file a copy of the joint letter with the Clerk of the Court. The letter faxed to chambers is a courtesy copy only. *As a general matter, parties may not fax any papers to the Court without prior leave of the Court.*

[2] Note for Counsel: Unnecessary exhibits should not be attached.

[3] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph). The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing. The Court may order full briefing and/or a hearing if necessary.

United States District Court
For the Northern District of California

1  B.   [Dispute No. 2]
2       1.   [Position of Party Seeking Discovery]
3       2.   [Position of Party Opposing Discovery]
4  C.   [Dispute No. 3]
5       1.   [Position of Party Seeking Discovery]
6       2.   [Position of Party Opposing Discovery]
7  D.   [Dispute No. 4, etc.]
8       1.   [Position of Party Seeking Discovery]
9       2.   [Position of Party Opposing Discovery]

Sincerely,


| [Plaintiff's counsel] | [Defendant's counsel] |
| Attorney for Plaintiff | Attorney for Defendant |