United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKO OLABINTAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SHURGARD STORAGE CENTERS,<br>INCORPORATED, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-04-2819 CRB (EMC)<br><br><br>**ORDER RE JOINT LETTER OF JUNE 22, 2006**<br><br>**(Docket No. 57)** |

        Pursuant to the Court's order of June 16, 2006, the parties filed a joint letter on June 22, 2006, updating the Court on their discovery disputes. According to the letter, the only dispute remaining concerns Shurgard's revised RFA related to the Labor Commission transcript.

        The Court hereby **GRANTS** Shurgard's request that Ms. Olabintan be compelled to respond to the RFA as currently phrased. Ms. Olabintan's testimony at the Labor Commission hearing may have sufficient relevancy to the instant case and would not be burdensome to admit or deny. If Ms.

///
///
///
///
///
///
///

Olabintan believes the portions of the transcript that are the subject matter of the RFA is inaccurate, she can deny the admission. Plaintiff shall have ten (10) days from the date of this order to respond to the RFA.

This order disposes of Docket No. 57.

IT IS SO ORDERED.

Dated:  June 30, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California