1  RONALD J. SOUZA, ESQ. (SBN 62862)
   LARA S. HILLEY, ESQ. (SBN 197419)
2  LYNCH, GILARDI & GRUMMER
   475 Sansome Street, Suite 1800
3  San Francisco, CA  94111
   Telephone:     (415) 397-2800
4  Facsimile:     (415) 397-0937

5

   Attorneys for Defendant
6  SHURGARD STORAGE CENTERS, INC.

7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | TAMIKO OLABINTAN,                           | Case No.:  C 04 2819 CRB (E-File)
12 |         Plaintiff(s),                       | STIPULATION AND [PROPOSED]
   |                                             | ORDER RE CONTINUATION OF
13 |     vs.                                     | CASE MANAGEMENT
   |                                             | CONFERENCE
14 | SHURGARD STORAGE CENTERS,
   | INCORPORATED, AND DOES 1-50,
15 | INCLUSIVE,

16 |         Defendant(s).

17
                              **STIPULATION**
18
19     IT IS HEREBY STIPULATED by and through the counsel of record for plaintiff,

20 TAMIKO OLABINTAN (hereinafter "Olabintan") and defendant SHURGARD STORAGE

21 CENTERS, INCORPORATED (hereinafter "Shurgard") that the current Case Management

22 Conference scheduled for December 15, 2006, be continued until January 12, 2007, due to the

23 unforeseen unavailability of defense counsel.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                           1
**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR CONDUCTING
MEDIATION DUE TO AN UNFORESEEN EVENT**

IT IS SO STIPULATED.

DATED: December 14, 2006          EPSTEIN, BECKER & GREEN

By  /s/
    Barbara Green, Esq.
    Attorneys for Tamiko Olabintan

DATED: December 14, 2006          LYNCH, GILARDI & GRUMMER

By  /s/
    Ronald J. Souza, Esq.
    Lara S. Hilley, Esq.
    Attorneys for Shurgard Storage Centers, Inc.

## ORDER

Pursuant to stipulation, and upon having reviewed the parties' request to continue the Case Management Conference, and finding good cause in support thereof, the Court orders the Case Management Conference currently scheduled for December 15, 2005 will be continued until January 12, 2007.

DATED:     December 14, 2006

The Honorable Charles Breyer,
U.S. District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CH65\P\STIP.Cont CMC 12-06.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION DUE TO AN UNFORESEEN EVENT